Appeal from Circuit Court, Hillsborough County; F. M. Robles, Judge.

Decree affirmed.

*H. P. Bailey* and *Borchardt & Borchardt,* for Appellant;

*Altman & Morrow,* for Appellee.

---

National Life Insurance Company of the United States of America, a corporation, Plaintiff in Error, v. Mary E. Bowen and N. H. Bowen, her husband, Defendants in Error.

Filed February 5, 1916.

Writ of error to Circuit Court, Orange County; James W. Perkins, Judge.

Judgment affirmed.

*Massey & Warlow,* for Plaintiff in Error;

*John M. Cheney,* for Defendants in Error.

---

Willett Groover, Plaintiff in Error, v. James Neal, Defendant in Error.

Filed February 5, 1916.